**Order entered October 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00573-CR
### No. 05-22-00574-CR

**LAWRENCE ALLEN FULLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F97-01742-J & F97-02170-J**

### ORDER

Before the Court is the State's October 3, 2022 motion for extension of time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE